IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ELLINGBOE,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>WASTEQUIP INC., GALBREATH INC., and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | **CASE NO.: CV07-5358 AHM (AJWx)**<br><br>**Assigned for All Purposes to Hon. A. Howard Matz Courtroom 14**<br><br>**ORDER OF DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /
/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER OF DISMISSAL

**<u>Joel Ellingboe v. Wastequip Manufacturing Company, et al.</u>**

**<u>U. S. District Court Case No. CV07-5358 AHM (AJWx)</u>**

**ORDER OF DISMISSAL**

The parties having stipulated that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rule of Civil Procedure 41, the above-captioned action is hereby dismissed in its entirety with prejudice as to all claims and all parties.  Each party shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: ___April 21, 2008

_____
Hon. A. Howard Matz
United States District Court Judge

**Make JS-6**

[PROPOSED] ORDER OF DISMISSAL